**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02978-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

NICKY L. SMITH,

    Plaintiff,

v.

SGT. WERTH,
CAPTAIN MIASHARIA,
MRS. MICHELLE RUSSOM,
SERGEANT NELSON, and
UNNAMED SHIFT COMMANDER ON DUTY 10:30 p.m. 10-26-12,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, a state prisoner in Colorado, has submitted to the court a Prisoner Complaint (ECF No. 1) and a certified copy of his inmate trust fund account statement (ECF No. 3). As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    xx    is missing authorization to calculate and disburse filing fee payments
(7)    ___    is missing an original signature by the prisoner
(8)    ___    is not on proper form (must use the court's current form)
(9)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(10)   xx    other: motion and supporting documents are necessary only if fees totaling $400.00 are not paid in advance.

**Complaint, Petition or Application**:
(11)   ___    is not submitted
(12)   ___    is not on proper form
(13)   ___    is missing an original signature by the prisoner
(14)   ___    is missing page nos. ___
(15)   ___    uses et al. instead of listing all parties in caption
(16)   ___    names in caption do not match names in text
(17)   ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   ___    other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 31, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge